CJA 7
(Rev. 9/05)

LOCATION CODE _____

FILED

2008 DEC 19 AM 10:48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Docket No. __05cr1756-JAH__

USA   vs.   Freydoon Nikbakht

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
**and/or**
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☑

Check one or both

---

WHEREAS, __Martha McNabb Hall__ was appointed as counsel for the above defendant/petitioner, on the __15th__ day of __November__, __2005__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by __See Below__ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The Court orders that the defendant make monthly payments in the amount of $500.00 made payable to the "US District Court". Payments should be sent to:

Attn: Financial / Case # _____
US District Court
880 Front St; Ste 4290
San Diego, CA 92101

Payments will continue until all of the Attorney's fees, costs and expenses incurred during the defendant's representation in this case are paid in full or until further order of this court.

Dated this __18th__ day of __December, 2008__,

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE